## Ex parte CAMPBELL et al.
### No. 25954.

Court of Criminal Appeals of Texas.
Oct. 15, 1952.

W. P. Sexton, Orange, Baldwin & Votaw, Beaumont, for appellant.

Price Daniel, Atty. Gen., Calvin B. Garwood, Jr., Asst. Atty. Gen., George P. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Commissioner.

This is an original application for habeas corpus, the writ having been issued and made returnable on October 7, 1952.

Relators, joined by the state, have filed their joint motion to dismiss showing that relator is no longer in detention and that the question raised has become moot.

The motion is granted, and the application is dismissed.

Opinion approved by the Court.